Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
BRIAN A. PAINO (CA SBN 251243)
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Telephone # (619) 590-1300  Fax # (619) 590-1385

☐ *Individual appearing without counsel*
☒ *Attorney for:* AURORA LOAN SERVICES LLC, AS SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR AEGIS WHOLESALE CORPORATION, its successors and/or assigns

FOR COURT USE ONLY

**FILED & ENTERED**

**NOV 14 2008**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jones      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

MICHAEL RAY YAGER, Debtor(s) and RICHARD K. DIAMOND, Chapter 7 Trustee

CHAPTER: 7

CASE NO.: 2:08-BK-19356-RN

DATE:  November 5, 2008
TIME:  9:30 am
CTRM:  1645
FLOOR: 16th

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: AURORA LOAN SERVICES LLC, AS SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR AEGIS WHOLESALE CORPORATION, its successors and/or assigns)

1. The Motion was:   ☐ Contested   ☒ Uncontested   ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address: 2900 Banyan Street*
   *Apartment/Suite No.: #505*
   *City, State, Zip Code: Fort Lauderdale, Florida 33316*

   Legal description or document recording number (including county of recording):

   APT. 505 OF LEISURE BEACH SOUTH, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 4216, PAGE 85, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

   ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 2 of 5

| In re:<br>MICHAEL RAY YAGER Debtor(s), and RICHARD K. DIAMOND, Chapter 7 Trustee | CHAPTER 7 |
|---|---|
| | CASE NUMBER 2:08-BK-19356-RN |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

    d. ☐ See attached continuation page for additional provisions.

*###*

DATED: November 14, 2008

*[signature]*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*    **F 4001-10.RP**

| In re:<br>MICHAEL RAY YAGER Debtor(s), and RICHARD K. DIAMOND, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-19356-RN |
|---|---|

## PROOF OF SERVICE BY MAIL

I, Michael W. Leewright, hereby declare:

I am employed in the County of San Diego, California. I am over the age of eighteen years and not a party to the within action. My business address 4375 Jutland Drive, Suite 200 San Diego, CA 92117. I am personally and readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

On November 13, 2008, I served: **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice, for collection and mailing in the United States mail addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on November 13, 2008, at San Diego, California.

/s/ Michael W. Leewright

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*    **F 4001-10.RP**

| In re:<br>MICHAEL RAY YAGER Debtor(s), and RICHARD K. DIAMOND, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-19356-RN |
|---|---|

## SERVICE LIST

**DEBTOR(S)**

Michael Ray Yager
1426 North Laurel
Los Angeles, CA 90046

**DEBTOR(S) ATTORNEY**

Henry Glowa
8075 W Third Street, Suite 404
Los Angeles, CA 90048
hglowa@aol.com

**CHAPTER 7 TRUSTEE**

Richard K. Diamond
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
725 S Figueroa Street
26th Floor
Los Angeles, CA 90017

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*    **F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5

| In re:<br>MICHAEL RAY YAGER Debtor(s), and RICHARD K. DIAMOND, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:08-BK-19356-RN |
|---|---|

## SERVICE LIST FOR ENTERED ORDER

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| **ATTORNEY FOR MOVANT**<br><br>BRIAN A. PAINO<br>PITE DUNCAN, LLP<br>4375 Jutland Drive<br>Suite 200<br>San Diego, CA 92117<br><br>**DEBTOR(S) ATTORNEY**<br><br>Henry Glowa<br>8075 W Third Street, Suite 404<br>Los Angeles, CA 90048<br>hglowa@aol.com<br><br>**CHAPTER 7 TRUSTEE**<br><br>Richard K. Diamond<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067-2904<br><br>**U.S. TRUSTEE**<br><br>U.S. Trustee<br>Department of Justice<br>725 S Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017 | **DEBTOR(S)**<br><br>Michael Ray Yager<br>1426 North Laurel<br>Los Angeles, CA 90046 |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*

**F 4001-10.RP**